1  GATEWAY LEGAL GROUP, P.C.
   GREGORY A. PAIVA, SBN 207218
2  POONAM K. WALIA, SBN 256781
   4295-A JURUPA ST., SUITE #114
3  ONTARIO, CA 91761
   Telephone (909) 390-1515 Facsimile (909) 390-1516
4
5  Attorney for Plaintiffs Mitchell and Yolanda Tancio

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9
10 MITCHELL S. TANCIO, an individual;     ) CASE NO: 41:10-CV-00606 PJH
   YOLANDA D. TANCIO, an individual;      )
11                                         )
              Plaintiffs,                  )
12                                         ) [PROPOSED] ORDER
         vs.                               )
13                                         )
   SAXON MORTGAGE SERVICING; an            )
14 unknown business entity; FREMONT        )
   REORGANIZING CORPORATION, a             )
15 California Corporation; ATOB REALTY,    )
   WELLS FARGO BANK NATIONAL               )
16 ASSOCIATION, AS TRUSTEE FOR             )
17 FREMONT INVESTMENT & LOAN               )
   SABR 2005-FR2, ITS ASSIGNEES            )
18 AND/OR SUCCESSORS IN INTEREST,          )
19 an unknown business entity, CORINTHIAN  )
   REALTY, an unknown business entity, and )
20 DOES 1 through 50 inclusive,            )
                                           )
21            Defendants.                  )
22 _____ )

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                         [PROPOSED] ORDER
                                1

1 | Pursuant to the terms of the stipulation entered into by Plaintiffs and Defendants, the
2 | Motion to Dismiss set for March 24, 2010 is continued for thirty days.
3 | IT IS HEREBY ORDERED that the Motion to Dismiss be continued to April 21, 2010
4 | at 9:00 am in Courtroom 3 of the above-referenced court.

6 | SO ORDERED.

8 | Dated: 3/23/10

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court*
*Northern District of California*

12 | Submitted by:
13 | GATEWAY LEGAL GROUP, P.C.
14 | By: /s/ Poonam K. Walia
15 | Poonam K. Walia
    | Attorney for Plaintiffs

[PROPOSED] ORDER

2

## PROOF OF SERVICE

I, Cindy A. Barragan, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On March 18, 2010, I served the foregoing document described as **[PROPOSED] ORDER** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE SERVICE LIST

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X]  (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[ ]  (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2010, at Newport Beach, California.

_____
Cindy A. Barragan

1

PROOF OF SERVICE

## **SERVICE LIST**

Gregory A. Paiva, Esq.
Poonam K. Walia, Esq.
Gateway Legal Group, P.C.
4295-A Jurupa Street, Suite 114
Ontario, CA 91761
909-390-1515; Fax: 909-390-1516
***Attorney for Plaintiffs, Mitchell S. and Yolanda D. Tancio***