GATEWAY LEGAL GROUP, P.C.
GREGORY A. PAIVA, SBN 207218
POONAM K. WALIA, SBN 256781
4295-A JURUPA ST., SUITE #114
ONTARIO, CA 91761
Telephone (909) 390-1515 Facsimile (909) 390-1516

Attorney for Plaintiffs Mitchell and Yolanda Tancio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL S. TANCIO, an individual; YOLANDA D. TANCIO, an individual; <br><br>　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>SAXON MORTGAGE SERVICING; an unknown business entity; FREMONT REORGANIZING CORPORATION, a California Corporation; ATOB REALTY, WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT INVESTMENT & LOAN SABR 2005-FR2, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST, an unknown business entity, CORINTHIAN REALTY, an unknown business entity, and DOES 1 through 50 inclusive, <br><br>　　　　　　　Defendants. | CASE NO: 4:10-CV-00606 PJH <br><br> [PROPOSED] ORDER |

///
///
///
///
///
///

[PROPOSED] ORDER

1

1     Pursuant to the terms of the stipulation entered into by Plaintiffs and Defendants, the
2 Motion to Dismiss and Motion to Amend set for April 28, 2010 are vacated and Plaintiffs are
3 granted leave to file a First Amended Complaint.
4     IT IS HEREBY ORDERED that the Motion to Dismiss and Motion to Remand set for
5 April 28, 2010 be vacated and Plaintiffs are granted leave to file a First Amended Complaint.

7     SO ORDERED.

9 **Dated:** April 12, 2010

    _____
**Phyllis J. Hamilton, District Court Judge**
**United States District Court**
**Northern District of California**