WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Kiran Sharma, Esq., SBN 238926
Shar Bahmani, Esq., SBN 254073
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660 *(Tancio/Pleadings/Proposed Order)*
Telephone: (949) 477-5050; Fax: (949) 477-9200

Attorneys for Defendants, SAXON MORTGAGE SERVICES, INC., erroneously named as SAXON MORTGAGE SERVICING, WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT INVESTMENT & LOAN SABR 2005-FR2, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST and A to B REALTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL S. TANCIO, an individual; YOLANDA D. TANCIO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICING; an unknown business entity; FREMONT REORGANIZING CORPORATION, a California Corporation; ATOB REALTY, WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT INVESTMENT & LOAN SABR 2005-FR2, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST, an unknown business entity, CORINTHIAN REALTY, an unknown business entity, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO:  4:10-CV-00606 PJH<br><br>[~~PROPOSED~~] ORDER RE NOTICE OF TENTATIVE SETTELMENT |

Pursuant to the Notice of Tentative Settlement filed by Plaintiffs on April 28, 2010,

[~~PROPOSED~~] ORDER

1

1 | IT IS HEREBY ORDERED that Defendants are not required to file a responsive pleading
2 | to Plaintiffs' First Amended Complaint filed on April 14, 2008 until June 28, 2010.

4 | SO ORDERED.

6 | Dated: 5/4/10



_____
PHYLLIS J. HAMILTON
United States District Court Judge