GATEWAY LEGAL GROUP, P.C.
GREGORY A. PAIVA, SBN 207218
POONAM K. WALIA, SBN 256781
4295-A JURUPA ST., SUITE #114
ONTARIO, CA 91761
Telephone (909) 390-1515 Facsimile (909) 390-1516

Attorney for Plaintiffs Mitchell and Yolanda Tancio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL S. TANCIO, an individual; YOLANDA D. TANCIO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICING; an unknown business entity; FREMONT REORGANIZING CORPORATION, a California Corporation; ATOB REALTY, WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT INVESTMENT & LOAN SABR 2005-FR2, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST, an unknown business entity, CORINTHIAN REALTY, an unknown business entity, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO: 4:10-CV-00606 PJH<br><br>[~~PROPOSED~~] ORDER |

///

///

///

///

///

[PROPOSED] ORDER

1

Pursuant to the terms of the settlement entered into by Plaintiffs and Defendant Fremont Reorganization Corporation, Defendant Fremont Reorganization Corporation is dismissed with prejudice.

IT IS HEREBY ORDERED that Defendant Fremont Reorganization Corporation is dismissed with prejudice.

SO ORDERED.

**Dated:** 9/3/10

_____
Phyllis J. [Hamilton] District Court Judge
United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**Submitted by:**
**GATEWAY LEGAL GROUP, P.C.**

By: _____
Poonam K. Walia
**Attorney for Plaintiffs**

**[PROPOSED] ORDER**

2