GATEWAY LEGAL GROUP, P.C.
GREGORY A. PAIVA, SBN 207218
POONAM K. WALIA, SBN 256781
4295-A JURUPA ST., SUITE #114
ONTARIO, CA 91761
Telephone (909) 390-1515 Facsimile (909) 390-1516

Attorney for Plaintiffs Mitchell and Yolanda Tancio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL S. TANCIO, an individual; YOLANDA D. TANCIO, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> SAXON MORTGAGE SERVICING; an unknown business entity; FREMONT REORGANIZING CORPORATION, a California Corporation; ATOB REALTY, WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT INVESTMENT & LOAN SABR 2005-FR2, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST, an unknown business entity, CORINTHIAN REALTY, an unknown business entity, and DOES 1 through 50 inclusive, <br><br> Defendants. | CASE NO: 4:10-CV-00606 PJH <br><br> [~~PROPOSED~~] ORDER |

///
///
///
///
///

[PROPOSED] ORDER

1

1  Pursuant to Plaintiffs request, Defendant Corinthian Realty is dismissed with prejudice.

2  IT IS HEREBY ORDERED that Defendant Corinthian Realty is dismissed with
3  prejudice.

5  SO ORDERED.

7  **Dated:** 11/1/10



11  Submitted by:
12  GATEWAY LEGAL GROUP, P.C.

13  By: _____
       Poonam K. Walia
14     **Attorney for Plaintiffs**

**[PROPOSED] ORDER**

2